IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DISIPIO,<br><br>          Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.<br><br>          Defendants. | CIVIL ACTION<br><br>NO. 02-2621 |

## SCHEDULING ORDER

AND NOW, this 3 rd day of September, 2002, after a telephone conference between the Court and the parties, it is hereby **ORDERED** that:

1. the parties shall exchange the initial disclosures required by Rule 26(a)(1) starting September 3, 2002;

2. fact discovery shall be completed on or before January 3, 2003;

3. all dispositive motions, if any, shall be filed by January 17, 2003;

4. if the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed by January 31, 2003. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the Court's disposition of the dispositive motions. This case shall be immediately placed in the Court's trial pool, subject to the rules published in the Legal Intelligencer, on the date of the filing of the Joint Pretrial Order; and

5. proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

_____
Robert F. Kelly,      Sr.  J.