### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DiSIPIO<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TRANS UNION LLC and<br>PROVIDIAN<br><br>　　　　　　　Defendants. | C.A. NO: 02-2621 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, unopposed, moves for an extension of time to file dispositive motions until February 28, 2003.

1. Plaintiff has commenced this action alleging that Defendant Trans Union violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*. (the "FCRA") because it reported certain allegedly inaccurate credit information relating to Plaintiff.

2. The Parties have engaged in serious settlement discussions. Plaintiff and Providian have settled.

3. The parties have requested a settlement conference before this Court. The date and time of the settlement conference has not yet been determined.

4. Dispositive motions are due to be filed January 17, 2003. Trans Union intends to file a dispositive motion. However, the time and expense involved in such motion may hinder the parties' ability to settle.

5. Accordingly, Trans Union respectfully requests that the Scheduling Order be modified to allow the parties until February 28, 2003 to file dispositive motions.

6. Counsel for Trans Union has conferred with counsel for Plaintiff, and Plaintiff does not object to this request.

7. This is the first request for a continuance made by any party to this action.

8. This extension of time is sought in the interests of justice, and will not interfere with any other date scheduled by this Court's Scheduling Order.

WHEREFORE, Defendant Trans Union LLC, unopposed, respectfully request that this Court grant an extension of time until February 28, 2003 for dispositive motion deadlines.

Respectfully Submitted,

SATZBERG, TRICHON,
 KOGAN & WERTHEIMER, P.C.

_____
MARK E. KOGAN  (10186)
BRUCE S. LUCKMAN (38636)
TIMOTHY P. CREECH (81728)

1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688

*Counsel for Defendant,*
*Trans Union LLC*

DATED: January 17, 2003