IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DiSIPIO | C.A. NO: 02-2621 |
| Plaintiff, | |
| v. | |
| TRANS UNION LLC and PROVIDIAN | |
| Defendants. | |

**ORDER**

This matter having been brought before the Court upon the joint motion of the parties to this action for an extension of time, and the Court, having reviewed and considered the motion, and for good cause shown,

It is on this \_\_\_\_ day of _____, 2003.

**ORDERED** that dispositive motions shall be filed and served not later than February 28, 2003.

No other deadlines set by this Court in previous orders shall be affected by this ruling.

_____
, J.