UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DISIPIO ) | |
| ) | Civil Action No. 02-CV-2621 |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| TRANS UNION, LLC ) | |
| and ) | |
| PROVIDIAN ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PRAECIPE TO MARK CASE SETTLED, DISCONTINUED AND ENDED**

TO THE CLERK OF COURT:

Please mark the above matter settled, discontinued and ended with prejudice.

               **FRANCIS & MAILMAN, P.C.**


            BY:_____
              JAMES A. FRANCIS, ESQUIRE
              MARK D. MAILMAN, ESQUIRE
              Attorneys for Plaintiff
              Land Title Building, 19th Floor
              100 South Broad Street
              Philadelphia, PA 19110
              (215) 735-8600

Dated: February 28, 2003